# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5055**                          **September Term, 2013**

1:05-CV-1276-JSG

**Filed On:** June 27, 2014

In re: Kellogg Brown & Root, Inc., et al.,

      Petitioners


**BEFORE:**  Griffith, Kavanaugh, and Srinivasan, Circuit Judges

## O R D E R

Upon consideration of petitioners' corrected petition for writ of mandamus, the corrected response and supplement thereto, and the reply; the supplemental briefs of the parties; and argument by counsel, it is

**ORDERED** that the petition be granted, and the District Court's March 6 document production order be vacated for the reasons stated in the opinion issued herein this date.

**Per Curiam**

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                 BY:     /s/
                            Jennifer M. Clark
                            Deputy Clerk